UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

IN RE:  
JENEEN ANTOINETTE LOMAX  
(DEBTOR)

CHAPTER: 7  
NO: 09-38165  
JUDGE: JACQUELINE COX

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 30 2010
KENNETH S. GARDNER, CLERK
PS REP - MBM

## NOTICE OF MOTION

DEBTOR(S): JENEEN ANTOINETTE LOMAX, 425 E. 42ND ST CHICAGO, ILLINOIS 60653 TRUSTEE: R. SCOTT ALSTERDA UNGARETTI & HARRIS LLP, 3500 THREE FIRST NAT'L PLAZA CHICAGO, ILLINOIS 60602

PLEASE TAKE NOTICE ON THE 12TH DAY OF MAY, AT 10:A.M ORE SOON THEREAFTER AS PRO SE MAY BE HEARD, I SHALL APPEAR BEFORE THE HONORABLE, JACQUELINE COX IN ROOM 619 IN THE UNITED STATES BANKRUPTCY COURTHOUSE, 219 S. DEARBORN IN CHICAGO, ILLINOIS 60606, OR BEFORE SUCH OTHER JUDGE IN BANKRUPTCY AS MAY BE PRESIDING IN HER PLACE AND STEAD. ~~I SHALL THEN AND THERE PRESENT A COPY OF A MOTION~~ MOVE FOR THE MY BANKRUPTCY CASE TO BE REOPENED.

PROOF OF SERVICE

STATE OF ILLINOIS
COUNTY OF COOK

JENEEN ANTOINETTE LOMAX BEING DULY SWORN ON OATH DEPOSES AND SAYS THAT SHE SERVED THE ABOVE AND FOREGOING NOTICE UPON THE ABOVE NAMED PARTIES BY PLACING A TRUE COPY OF SAID NOTICE AND OF THE PETITIONS IN EVELOPES ADDRESSED TO THEM AT THE ADDRESS SHOWN, WITH POSTAGE PREPAID AND PLACING THE SAME IN THE US MAIL AT 20 NORTH CLARK ST, CHGO, ILL, THIS 4TH DAY OF MAY.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 30 2010
KENNETH S. GARDNER, CLERK
PS REP. - MBM

Jeneen Antoinette Lomax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:    )
         SENEEN ANTOINETTE )    Case No.: 09 38165
         LOMAX                )    Judge: JACQUELINE COX
                              )
         Debtor(s)            )    Chapter: 7
                              )

### MOTION TO REOPEN PROCEEDINGS
~~AND MOTION TO WAIVE REOPEN FEE~~

        JENEEN ANTOINETTE
NOW COMES, Debtor(s), ___LOMAX___, Pro Se, and moves this Honorable Court to reopen Debtor's Chapter 7 case in order to ~~file a Certificate of Debtor Education~~ pay final installment and, in support thereof states as follows:

1. Debtor(s) filed his/her Petition for relief pursuant to Chapter 7 of Title 11 U.S.C. on __10-13-2009__.

2. Debtor(s)' §341 Meeting of Creditors was held __11-24-2009__. After the conclusion of said meeting a finding of no assets was filed by the interim trustee.

3. On __MARCH 18, 2009__ the United States Bankruptcy Court closed Debtor(s) case without discharge.

4. Debtor requests that her case be reopened in order to ~~file Certificate of Debtor Education~~ pay... in order to receive a discharge.

5. ~~Debtor also request that the $260 reopen fee charged by the court is waived due to:~~



PAID APR 30 2009 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT BY

FILED APR 30 2010 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS KENNETH S. GARDNER, CLERK PS REP. - MBM

WHEREFORE, DEBTOR(s) pray that this Honorable Court reopens the case to file the Certificate of Debtor Education and obtain her discharge. ~~Debtor also pray that this Honorable Court waives the reopen fee of $260.00.~~

Respectfully submitted,

*[signature]*
Debtor, Pro Se

**09-38165** Jeneen Antoinette Lomax
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Jacqueline P. Cox
**Date filed:** 10/13/2009 **Date of last filing:** 03/31/2010
**Debtor dismissed:** 03/18/2010
**Date terminated:** 03/25/2010

# Creditors

**ADT Security**
P O Box 371490
Pittsburgh Pa 15250
(14574852)
(cr)

**All Kids and Family Care**
P O Box 19121
Springfield IL 62794
(14574853)
(cr)

**American Express**
P O Box 219785
Houston Tx 93611
(14574854)
(cr)

**American Family Ins**
Credit Collection
2 Wells Ave
Newton Ma 02459
(14574855)
(cr)

**AT& T**
P O Box 6428
Carol Stream IL 60197
(14574856)
(cr)

**Bloomingdales**
3039 Corwallis Rd
Nc 27709
(14574857)
(cr)

**Blue Cross**
P O Bxo 3240
Naperville Il 60566
(14574858)
(cr)

**Capital 1 Auto Finance**
3905 Dallas Parkway
Tx 799998
(14574859)
(cr)

**ComEd**
P O Box 6111
Carol Stream IL 60197
(14574860)
(cr)

**Groebe Management Services**

7520 W College Drive
Palos heights Il 60463
(14574861)
(cr)

**Metrosouth Medical Center**    (14574862)

Box 2753  
Bedford Park IL 60499

(cr)

**Nicor Gas**  
P O Box 2020  
Aurora IL 60507

(14574863)  
(cr)

**Ocwen Loan Servicing**  
P O Box 6440  
Carol Stream IL 60197

(14574864)  
(cr)

**Quest Diagnostics**  
P O Box 64804  
Baltimore Md 21264

(14574865)  
(cr)

**Washington Mutual**  
P O Bxo 9180  
Ca 94588

(14574866)  
(cr)